IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| MOHAMED MAHMOUD IBRAHIM,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI, *Attorney General of the United States*, et al.,<br><br>Defendants. | : | CIVIL ACTION NO.<br>3:25-cv-00209-LMM |

**ORDER**

In this action, Plaintiff seeks adjudication of his naturalization application. Dkt. No. [1]. He requests that either the Court hold a hearing, consider his application, and grant naturalization or that the Court remand his application for naturalization, Form N-400, to U.S. Citizenship and Immigration Services ("USCIS") with an Order that it immediately adjudicate his application. Id. The matter is now before the Court on a consent motion to remand. Dkt. No. [13].

Upon due consideration, the consent motion to remand, Dkt. No. [13], is **GRANTED**. This matter is **REMANDED** to USCIS, which **SHALL** adjudicate Plaintiff's naturalization application within **90 DAYS** of the entry of this Order. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 12th day of March, 2026.

**Leigh Martin May**
**Chief United States District Judge**